No. 72–6469.  BATTLE *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 72–6478.  LAVAN ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–6481.  HAMILTON *v.* UNITED STATES; and
No. 72–6482.  BENTON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–6483.  TUCKER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–6485.  McDONNELL *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 72–6489.  NOCERINO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–6495.  KUNG HOW FONG *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 72–6568.  SCHUTT *v.* TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 72–6593.  COOK ET UX. *v.* OHIO.  C. A. 6th Cir. Certiorari denied.

No. 72–6598.  BOAG *v.* CRAVEN, WARDEN.  Sup. Ct. Cal.  Certiorari denied.

No. 72–6607.  MORGAN *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 72–6623.  ROY *v.* MANCHESTER GAS CO.  Sup. Ct. N. H.  Certiorari denied.